IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID WILLIAMS                                                                    PLAINTIFF
ADC# 78730

v.                            Case No. 2:10-cv-57-DPM

WALLACE McNARY, LORETTA
MICHAEL, MOSES JACKSON,
and GREG HARMON                                                                DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 83*, and David Williams's objections, *Document Nos. 86, 88, & 89*. After *de novo* review, the Court adopts Judge Young's proposal as its own. FED. R. CIV. P. 72(b)(3).

Williams's motion to compel, *Document No. 87*, concerning access to his legal work has already been addressed. The Court's November 2010 order stated that "Williams's right to store court papers must be balanced against ADC's fire and safety concerns, [and] he must decide which papers he wants to keep inside his assigned footlocker." *Document No. 43, at 2–3*.

Williams's complaint, *Document No. 2*, is dismissed with prejudice. And Williams's motion to compel, *Document No. 87*, is denied as moot. The Court

certifies that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall J.*
D.P. Marshall Jr.
United States District Judge

23 June 2011