# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**DAVID WILLIAMS**                                                    **PLAINTIFF**
**ADC# 78730**

**v.**                              **Case No. 2:10-cv-57-DPM**

**WALLACE McNARY, LORETTA**
**MICHAEL, MOSES JACKSON,**
**and GREG HARMON**                                          **DEFENDANTS**

## JUDGMENT

Williams's complaint, *Document No. 2*, is dismissed with prejudice. The

Court certifies that an *in forma pauperis* appeal would not be taken in good

faith. 28 U.S.C. § 1915(a)(3).

_____
D.P. Marshall Jr.
United States District Judge

23 June 2011